**B.H. JONES, Relator,**

v.

**The Honorable Gus J. STRAUSS, the Honorable B.B. Schraub, Judges, Respondents.**

**No. C–9877.**

Supreme Court of Texas.

Nov. 11, 1992.

## ORDER

The supplemental transcript submitted by the Honorable Oliver S. Kitzman is accepted as filed to demonstrate the trial court's compliance with this court's prior orders limiting the scope of the accounting proceeding. The trial court shall resolve any questions of fact and law and render a final judgment in the accounting proceeding, so that the parties may have the opportunity to appeal that separate judgment. *Jones v. Strauss*, 800 S.W.2d 842, 845 n. 1 (Tex.1990).